IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. **CR 3:07-559** |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | DEFENDANT'S |
| | ) | MOTION FOR |
| AMBER DAWN SELF, | ) | ROLE ADJUSTMENT |
| | ) | AND, |
| Defendant. | ) | DOWWARD VARIANCE |

NOW COMES the undersigned CJA Panel Attorney for the above named defendant and hereby submits her Motion for a two level Mitigating Role Adjustment under U.S.S.G. § 3B1.2(b). Additionally, the defendant seeks a downward variance from the Advisory Guidelines to achieve the sentencing goals of 18 U.S.C. § 3553(a).

In support of the above mentioned motions the defendant separately submits her Sentencing Memo.

                   **S/s Frank Santiago**
                   **FRANK SANTIAGO**
                   **Attorney at Law**
                   **220 Lafayette**
                   **Iowa City, IA 52240**
                   **(319) 339-5218**
                   **FSantiagoEsq@aol.com**

**CERTIFICATE OF SERVICE**
I, Frank Santiago, hereby certify
That on **July 23, 2008**
Copy was electronically sent
By e-mail to:

**AUSA Clifford Cronk, III**